# United States District Court
## Western District of North Carolina
## Asheville Division

| | | |
|---|---|---|
| **Calvin Watty Driver,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 1:20-cv-00291-GCM |
| | ) | 2:05-cr-00217-GCM-WCM |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| Respondent(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 11, 2021 Order.

March 11, 2021

*Frank G. John*

Frank G. Johns, Clerk
United States District Court